NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BILL OF LADING TRANSMISSION AND PROCESSING SYSTEM PATENT LITIGATION

---

**R&L CARRIERS, INC.,**
*Plaintiff-Appellant,*

v.

**INTERMEC TECHNOLOGIES CORP.,**
*Defendant-Appellee,*

AND

**AFFILIATED COMPUTER SERVICES, INC.,**
*Defendant-Appellee,*

AND

**QUALCOMM, INC., MICRODEA, INC.,
DRIVERTECH LLC,
PEOPLENET COMMUNICATIONS CORPORATION,
AND BERRY & SMITH TRUCKING LTD.,**
*Defendants-Appellees,*

AND

**INTERSTATE DISTRIBUTOR COMPANY,**
*Defendant-Appellee,*

AND

**PITT OHIO EXPRESS INC.,**

*Defendant-Appellee.*

---

2010-1493, -1494, -1495, -1496

---

Appeal from the United States District Court for the Southern District of Ohio in case nos. 09-MD-2050, 09-CV-0532, 09-CV-0818, 09-CV-0445, and 09-CV-0179, Senior Judge Sandra S. Beckwith.

---

**ON MOTION**

---

**O R D E R**

R&L Carriers, Inc. submits a motion for leave to exceed the word limitation and file an opening brief containing up to 18,200 words.

On October 22, R&L filed a brief of less than 14,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

**OCT 2 9 2010**

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony C. White, Esq.
Thomas H. Shunk, Esq.
Douglas J. Williams, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 9 2010

JAN HORBALY
CLERK

Jacob D. Koering, Esq.
Gregory F. Ahrens, Esq.
Jonathan S. Franklin, Esq.
Michael L. Dever, Esq.

s20